# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    MATTHEW C. STEFERO
    KRISTY L. STEFERO
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-25207 JAD

Chapter 13

Document No.: 53

## ORDER OF COURT

AND NOW, this __28th__ day of __March__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

FILED
3/28/19 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matthew C. Stefero
Kristy L. Stefero
       Debtors

Case No. 13-25207-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 2    Date Rcvd: Mar 28, 2019
                 Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db/jdb         +Matthew C. Stefero,    Kristy L. Stefero,    904 Greenhill Road,    Pittsburgh, PA 15209-1333
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13765919       +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
13783708       +American Education Services,    PO Box 8183,    Harrisburg, Pa 17105-8183
13765920      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
13828572        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13765921       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13986144        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13765922       +EIS Collections,    PO Box 1730,    Reynoldsburg, OH 43068-8730
13765923      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,     Customer Service,    MD 1MOC2G-4050,
                 38 Fountain Square Plaza,    Cincinnati, OH 45263)
13765924       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
13776749       +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
13765926       +NTB Credit Plan,    PO Box 6403,    Sioux Falls, SD 57117-6403
13781959       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13765927       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13765928       +The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13765929       +USAA,    10750 McDermott Ave,    San Antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13805582       +E-mail/Text: bncmail@w-legal.com Mar 29 2019 02:37:50     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13765925       +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 02:36:56     Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
13793623       +E-mail/Text: bncmail@w-legal.com Mar 29 2019 02:37:50     USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13786528*      +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
                                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Joint Debtor Kristy L. Stefero attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Michael C. Eisen    on behalf of Debtor Matthew C. Stefero attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: mgut                Page 2 of 2                  Date Rcvd: Mar 28, 2019
                              Form ID: pdf900           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                               TOTAL: 7